# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JACKSON,<br><br>              Petitioner,<br><br>   v.<br><br>L.S. McEWEN, Warden,<br><br>              Respondent. | Case No. EDCV 11-1889-GW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 5, 2014

                                                GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE